

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-18-00253-CR

_____

DAMEON MARMOLEJO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2018-414,849; Honorable John J. "Trey" McClendon III, Presiding

October 3, 2018

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this court is the *Motion to Dismiss Appeal* of Appellant, Dameon Marmolejo, in which he moves to have his notice of appeal withdrawn and this appeal dismissed. Pursuant to an open plea of guilty, Appellant was convicted of aggravated assault by use of a deadly weapon[1] and sentenced to fifteen years confinement. As

---

[1] TEX. PENAL CODE ANN. § 22.02(a) (2) (West 2011).

required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion to dismiss is signed by Appellant and his attorney.  No decision of this court having been delivered, the motion is granted, and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.